M/D I

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2024 NOV -6 P 12: 10

Jordan Ricks 332310
Full name and prison name of
Plaintiff(s)

v.

Alabama Dept. of Corrections etal
Staton Correctional
Facility
see Inside for Names and
Address of Defendant(s)

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO._____
(To be supplied by Clerk of U.S. District
Court)

2:24-cv-00717-WKW-CWB

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☑

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2.    Court (if federal court, name the district; if state court, name the county)

_____

_____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____
_____

5.  Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT _Staton Correctional Facility Elmore, Al_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Staton Correctional Facility Elmore, Al_

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Staton Correctional Facility | 2690 Marion-Spillway rd Elmore, AL 36025 |
| 2. | Sgt. Lewis | (Same As Above |
| 3. | Warden McKee, Headley, & Luckie | (" As Above |
| 4. | A. Irwin RN | ( As Above |
| 5. | | |
| 6. | | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _1/26/24 - 1/27/24_

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Lack of Security_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was moved to E3-29A after informing Sgt. Lewis that I had enemies that envied me in that dorm. Just before midnight on 1/26/24 I was stabbed inches above the heart while laying in my assigned rack with a free world knife. A CERT team officer's knife.

GROUND TWO: Safety and Security Hazard

SUPPORTING FACTS: The Cert Team and K-9 unit were present on the compound when the stabbing occurred. They had performed several shake downs, improper strip searches (by doing so in front of other inmates), as well as use of metal detectors. They found drugs and phones but failed to confiscate knives.

GROUND THREE: Understaffed and Improperly Trained Staff

SUPPORTING FACTS: Medical staff refused to send me to the hospital despite the amount of blood loss. Which is a violation of my 8th Amendment rights under deliberate indifference by denial of proper medical treatment. Staff refused to re-assign me to another dorm after informing them of potential enemies and threats in E-dorm.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the court to have Staton Correctional Facility or "ADOC" Dept. of Corrections compensate me for no less than $10M, for physical and psychological trauma caused by this incident.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/2/2024
(Date)

_____
Signature of plaintiff(s)

Jordan Ricks -832310  B54A
**Frank Lee Work Release Center**
**P.O. Box 220410**
**Deatsville, AL 36022**

MONTGOMERY AL  360

5 NOV 2024  PM 3  L



# LEGAL INMATE MAIL

36104-401804

Frank M. Johnson Bldg
1 Church Street Ste
MiDDle DisT, OF A/A

Montgomery Al,